# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| In re: Erik M. Dunlap**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Debtor | ) | 3:16cv37 |

_____
Eirk M. Dunlap
Appellant,

|  |  |
|---|---|
| | ) |
| vs. | ) |
| | ) |
| Educational Credit Management Corporation**,** | ) |
| Appellee. | ) |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 25, 2017 Order.

January 25, 2017

Frank G. Johns, Clerk
United States District Court